MARTHA L. WALTERS, OSB #77315
*mwalters@wczonline.com*
WALTERS CHANTI & ZENNACHÉ, P.C.
245 E. 4th Avenue
Eugene, OR  97401-2429
541.683.2506
541.683.3149 (Facsimile)

THANE W. TIENSON, P.C., OSB #77374
*ttienson@landye-bennett.com*
LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (Facsimile)

RALPH J. TEMPLE
*Rtemple1340@aol.com*
150 Myer Creek Rd.
Ashland, OR  97520
541.482.9868
541.488.4907 (Facsimile)

ARTHUR B. SPITZER
*artspitzer@aol.com*
American Civil Liberties Union of the National
Capital Area
1400 20th Street, N.W., Ste. 119
Washington, D.C.  20036
202.457.0800
202.452.1868 (Facsimile)

*Of Attorneys for Plaintiffs on Behalf of the ACLU Foundation of Oregon, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MICHAEL MOSS, LESLEY ADAMS, BETH WILCOX, RICHARD ROYER, LEE FRANCES TORELLE, MISCHELLE ELKOVICH** and **ANNA BOYD,** individually and on behalf of a class of persons similarly situated, and | Case No. CV06-3045 CO<br><br>**AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)** |

Page  1 - AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)

*33999.doc*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224-4100
503.224-4133 (facsimile)

**JACKSON COUNTY PACIFIC GREEN PARTY,**

Plaintiffs,

v.

**UNITED STATES SECRET SERVICE** of the Department of Homeland Security, **RALPH BASHAM,** Director of the United States Secret Service, in his official and individual capacities, **TIM WOOD,** United States Secret Service Agent, in his official and individual capacities, **ROB SAVAGE,** United States Secret Service Agent, in his official and individual capacities, **JOHN DOE 1,** United States Secret Service Agent, in his official and individual capacities, participating in these actions and known to the Defendant Secret Service, but unknown at this time to Plaintiffs, **DAVID TOWE,** Chief of Police of Jacksonville, Oregon, in his official and individual capacities, **CITY OF JACKSONVILLE,** a municipal corporation of the State of Oregon, **STATE OF OREGON, RON RUECKER,** Superintendent of the Oregon State Police, in his official and individual capacities, **KURT BARTHEL,** Captain of the Southwest Regional Headquarters of the Oregon State Police, in his official and individual capacities, **ERIC RODRIGUEZ,** former Captain of the Southwest Regional Headquarters of the Oregon State Police, in his official and individual capacities, **MIKE WINTERS,** Sheriff of Jackson County, in his official and individual capacities, **JACKSON COUNTY,** a municipal corporation of the State of Oregon, **JOHN DOES 2-20,** that is, the commanding officers of other law enforcement agencies of public bodies participating in these actions, in their individual and official capacities, known to the identified Defendants, but unknown at this time to Plaintiffs, and **MUNICIPAL DOES,** the public bodies employing defendants John Does 2-20,

Defendants.

---

Page  2 - AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)

*33999.doc*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224-4100
503.224-4133 (facsimile)

STATE OF OREGON          )
                         ) ss.
County of Multnomah      )

**I, JERI G. ZWICK**, being first duly sworn, depose and say that:

1.     I am employed by the law offices of Landye Bennett Blumstein LLP, and I make this Affidavit on the basis of personal knowledge and belief.

2.     I served defendant United States Secret Service of the Department of Homeland Security via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules to:

U.S. Secret Service<br>
Department of Homeland Security<br>
245 Murray Drive<br>
Building 410<br>
Washington, D.C. 20223

3.     I served defendant Mark Sullivan, Director of United States Secret Service, via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules to:

Mark Sullivan, Director<br>
U.S. Secret Service<br>
245 Murray Drive<br>
Building 410<br>
Washington, D.C. 20223

4.     I served defendant Tim Wood, United States Secret Service Agent, via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules:

Page  3 - AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)

*33999.doc*

LANDYE BENNETT BLUMSTEIN LLP<br>
*Attorneys at Law*<br>
1300 SW Fifth Avenue, Suite 3500<br>
Portland, Oregon  97201<br>
503.224-4100<br>
503.224-4133 (facsimile)

Tim Wood
United States Secret Service Agent
245 Murray Drive
Building 410
Washington, D.C. 20223

5.    I served defendant Rob Savage, United States Secret Service Agent, via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules to:

Rob Savage
United States Secret Service Agent
245 Murray Drive
Building 410
Washington, D.C. 20223

6.    I served all federal defendants via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules to:

Attorney General Hardy Myers
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

7.    I served all federal defendants via certified mail, return receipt requested, on August 10, 2006, by sending true copies of the Summons, Complaint, Summons, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Fed.R.Civ.P. 26(a)(1) Discovery Agreement, Magistrate Consent Form, and Civil Case Management Time Schedules:

U.S. Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

Page 4 - AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)

33999.doc

LANDYE BENNETT BLUMSTEIN LLP
Attorneys at Law
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)

8.    Copies of the signed return receipts are attached as Exhibits "A," "B," "C," "D," "E," and "F," respectively.

DATED this 31st day of August, 2006.

_____
Jeri G. Zwick

SUBSCRIBED AND SWORN to before me this 31st day of August, 2006.

_____

OFFICIAL SEAL
SUSAN J CRISTOFOLO
NOTARY PUBLIC—OREGON
COMMISSION NO. 368032
MY COMMISSION EXPIRES JUNE 5, 2007

(Notary Public for Oregon)

Page  5 - AFFIDAVIT OF SERVICE BY MAIL (FEDERAL DEFENDANTS)

*33999.doc*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon  97201
503.224-4100
503.224-4133 (facsimile)



2. Article Number

7180 3701 9849 1567 1436

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

U.S. Secret Service
Dept. of Homeland Security
245 Murray Drive
Building 410
Washington, D.C., 20223

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    US SECRET SERVICE

☐ Agent
☐ Addressee

☐ Yes
☐ No

D. Is delivery address different from item 1?
   If YES, enter delivery address below:

2006 AUG 24  PM 2: 24

ADMINISTRATIVE
RECEIVING BRANCH

LANDYE BENNETT
BLUMSTEIN LLP

11955-1

JZ    AUG 2 8 2006

PS Form 3811, January 2005    Domestic Return Receipt

EXHIBIT 



2. Article Number

7140 3701 9849 1547 1429

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

Mark Sullivan, Director
U.S. Secret Service
245 Murray Drive
Building 410
Washington, D.C., 20223

PS Form 3811, January 2005        Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    US SECRET SERVICE    ☐ Agent
                          ☐ Addressee

D. Is delivery address different from Item 17    ☐ Yes
   If YES, enter delivery address below:         ☐ No

2006 AUG 24  PM 2: 23

ADMINISTRATIVE
SERVICES BRANCH          LANDYE BENNETT
                         BLUMSTEIN LLP

11955-1

JZ        AUG 2 8 2006

EXHIBIT B



**2. Article Number**

7110 3911 9819 1567 1443

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**1. Article Addressed to:**

Tim Wood
United States Secret Service Agent
245 Murray Drive
Building 410
Washington, D.C., 20223

US SECRET SERVICE

A. Received by (Please Print Clearly)    B. Date of Delivery
Donna J. Holt    8/29/06

C. Signature
☑ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes
☐ No

AUG 25 AM 9: 13

ADMINISTRATIVE
SERVICES BRANCH

For Delivery Information

LANDYE BENNETT
BLUMSTEIN LLP

11955-1    AUG 2 8 2006

JZ

PS Form 3811, January 2005    Domestic Return Receipt

**EXHIBIT C**

2. Article Number

7110 3701 9849 1567 1450

3. Service Type  CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Rob Savage
United States Secret Service Agent
245 Murray Drive
Building 410
Washington, D.C., 20223

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

U.S. SECRET SERVICE

B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

2006 AUG 24  PM 2: 24

ADMINISTRATIVE
SERVICES DIVISION

11955-1

JZ

LANDYE BENNETT
BLUMSTEIN LLP

AUG 2 8 2006

PS Form 3811, January 2005          Domestic Return Receipt

EXHIBIT D





COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)

B. Date of Delivery

8-1-

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:

☐ Yes
☐ No

**Reference Information**

11955-1          LANDYE BENNETT
                 BLUMSTEIN LLP

JZ

AUG 1 6 2006

2. Article Number

7140 3701 9849 1567 1467

3. Service Type   CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)   ☐ Yes

1. Article Addressed to:

Attorney General Hardy Myers
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301-4096

PS Form 3811, January 2005              Domestic Return Receipt

EXHIBIT 



**2. Article Number**

7140 3710 9849 1557 2474

**3. Service Type** CERTIFIED MAIL

**4. Restricted Delivery? (Extra Fee)** ☐ Yes

**1. Article Addressed to:**

U.S. Attorney General Alberto Gonzales
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C., 20530-0001

**A. Received by (Please Print Clearly)**    **B. Date of Delivery**

**C. Signature**
☐ Agent
☐ Addressee
X

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

AUG 2 1 2006

**Reference Information**

11955-1    LANDYE BENNETT
           BLUMSTEIN LLP

JZ    AUG 2 8 2006

PS Form 3811, January 2005    Domestic Return Receipt



**EXHIBIT** F