FILED'07 OCT 03 10:13USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL MOSS, et al.,

        Plaintiffs,

Civil No. 06-3045-CL

v.

UNITED STATES SECRET SERVICE,
Department of Homeland Security,
et al.,

ORDER

        Defendants.

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court reviews that portion of the Magistrate Judge's report de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, the parties have filed timely objections, so I have

2 - ORDER

given the file of this case de novo review. After considering the extensive objections and responses, I conclude that Report and Recommendation is correct. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#107) is adopted. Defendants' motions (#52, #53, #62, #68, and #72) are granted in part and denied in part as set forth in the Report and Recommendation.

IT IS SO ORDERED.

DATED this ___3___ day of October, 2007.

                              OWEN M. PANNER
                              United States District Judge