IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHAEL MOSS, et al.,

        Plaintiffs,

   v.

UNITED STATES SECRET SERVICE,
Department of Homeland Security,
et al.,

        Defendants.

No. 1:06-cv-3045-CL

ORDER

**PANNER, Judge.**

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court reviews that portion of the Magistrate Judge's report de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981). Here, Plaintiffs and Defendants have

1 - ORDER

filed timely objections, so I have reviewed the file <u>de</u> <u>novo</u>.

I agree with the Report and Recommendation that Plaintiffs' motion for class certification should be granted as to Plaintiffs' claims for unlawful arrest and false imprisonment, and denied as to Plaintiffs' other claims.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#301) is adopted. Plaintiffs' Motion for Class Certification (#289) is granted in part and denied in part as set forth in the Report and Recommendation.

IT IS SO ORDERED.

DATED this 28 day of September, 2015.

_____
ANN AIKEN
United States District Judge

2 - ORDER